**DEL WEBB COMMUNITIES, INC., Plaintiff–Appellee,**

v.

**Charles Leslie PARTINGTON (doing business as M.C. Mojave Construction) and John Wilson, Defendants–Appellants,**

and

**Doe Individuals I–X, Inclusive and Roe Entities I–X, Inclusive, Defendants.**

No. 2011–1084.

United States Court of Appeals, Federal Circuit.

Feb. 3, 2011.

## ORDER

Pursuant to this court's order filed December 14, 2010,

IT IS ORDERED THAT:

The appeal is hereby transferred to the U.S. Court of Appeals for the Ninth Circuit.

**EGG WORKS, INC., Egg Works 2, LLC, and Bradley J. Burdsall, Plaintiffs–Appellants,**

v.

**EGG WORLD, LLC, Gabriel Krstanovic, and Dejan Debeljak, Defendants–Appellees.**

No. 2011–1083.

United States Court of Appeals, Federal Circuit.

Feb. 3, 2011.

## ORDER

Pursuant to this court's order filed December 14, 2010,

IT IS ORDERED THAT:

The appeal is hereby transferred to the U.S. Court of Appeals for the Ninth Circuit.